**Fill in this information to identify your case:**

Debtor 1    Andrew                          Breiter-Wu
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  District of Massachusetts

Case number    25-11742
(if known)

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State   ZIP Code | | _____ City    State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City    State   ZIP Code | | _____ City    State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

| Debtor 1 | Andrew | | Breiter-Wu | Case number *(if known)* 25-11742 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 16,303.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 22,150.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 80,229.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Settlement payme___<br>_____<br>_____ | $ 203.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024 )<br>YYYY | N/A<br>_____<br>_____ | $ 0.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 )<br>YYYY | N/A<br>_____<br>_____ | $ 0.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

| Debtor 1 | Andrew | | Breiter-Wu | | Case number *(if known)* | 25-11742 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number      Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | _____ | | | ☐ Suppliers or vendors |
| City            State        ZIP Code | | | | ☐ Other _____ |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number      Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | _____ | | | ☐ Suppliers or vendors |
| City            State        ZIP Code | | | | ☐ Other _____ |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number      Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | _____ | | | ☐ Suppliers or vendors |
| City            State        ZIP Code | | | | ☐ Other _____ |

Debtor 1    Andrew _____ Breiter-Wu _____    Case number (if known) 25-11742

First Name    Middle Name    Last Name

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Denise Breiter<br>Insider's Name | | $ 18,090.24 | $ | Debtor made payments totaling approximately $18,090 to his mother, Denise, within 1 year of filing. These payments were irregular reimbursements for household expenses advanced on his behalf. They were voluntary and not |
| 86 Willard Ave<br>Number    Street | _____ | | | |
| _____<br> | _____ | | | |
| Seekonk, MA 02771<br>City          State    ZIP Code | | | | |
| _____<br>Insider's Name | | $_____ | $_____ | pursuant to any legal obligation. |
| _____<br>Number    Street | | | | |
| _____<br> | _____ | | | |
| _____<br>City          State    ZIP Code | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $_____ | $_____ | |
| _____<br>Number    Street | | | | |
| _____<br> | _____ | | | |
| _____<br>City          State    ZIP Code | | | | |
| _____<br>Insider's Name | | $_____ | $_____ | |
| _____<br>Number    Street | | | | |
| _____<br> | _____ | | | |
| _____<br>City          State    ZIP Code | | | | |

Debtor 1 ___Andrew_____ ___Breiter-Wu_____   Case number (if known)___25-11742_____
First Name          Middle Name          Last Name

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **See Supplemental** _____<br>_____**Attachment Enclosed**_____<br>Case number _____ | | Court Name _____<br>Number    Street<br>_____<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title_____<br>_____<br>Case number _____ | | Court Name _____<br>Number    Street<br>_____<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br>_____<br>Number    Street<br>_____<br>City          State    ZIP Code | | _____ | $_____ |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| _____<br>Creditor's Name<br>_____<br>Number    Street<br>_____<br>City          State    ZIP Code | | _____ | $_____ |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

| Debtor 1 | Andrew | | Breiter-Wu | Case number *(if known)* 25-11742 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number    Street | | _____ | $_____ |
| _____ | | | |
| _____ City         State    ZIP Code | Last 4 digits of account number: XXXX–___  ___  ___  ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**  **List Certain Gifts and Contributions**

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Andrew | | Breiter-Wu | | Case number *(if known)* | 25-11742 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City      State    ZIP Code | | | |

---

**Part 6:**   **List Certain Losses**

---

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:**   **List Certain Payments or Transfers**

---

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | _____ | $_____ |
| _____ Number    Street | | _____ | $_____ |
| _____ | | | |
| _____ City          State    ZIP Code | | | |
| _____ Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1    Andrew _____ Breiter-Wu _____    Case number (if known) 25-11742 _____

First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| _____ | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| _____ | | | |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| _____ | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| _____ | | | |
| City    State    ZIP Code | | | |

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| _____ | | | _____ |
| Number    Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| _____ | | | _____ |
| Number    Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Andrew | | Breiter-Wu | Case number *(if known)* 25-11742 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ <br> Name of Financial Institution <br><br> _____ <br> Number    Street <br><br> _____ <br> City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| _____ <br> Name of Financial Institution <br><br> _____ <br> Number    Street <br><br> _____ <br> City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ <br> Name of Financial Institution <br><br> _____ <br> Number    Street <br><br> _____ <br> City          State    ZIP Code | _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City      State    ZIP Code | | ☐ No <br> ☐ Yes |

Debtor 1    Andrew                            Breiter-Wu                    Case number *(if known)* 25-11742
            First Name    Middle Name        Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| | | | |
| Number    Street | Number    Street | | |
| | City State  ZIP Code | | |
| City              State    ZIP Code | | | |

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| | | | |
| Number    Street | Number    Street | | |
| | | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

---

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| | | | |
| Number    Street | Number    Street | | |
| | City              State    ZIP Code | | |
| City              State    ZIP Code | | | |

Debtor 1   Andrew _____ _____ Breiter-Wu _____    Case number *(if known)* 25-11742

First Name    Middle Name    Last Name

---

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number   Street | _____ Number   Street | | |
| _____ City         State   ZIP Code | _____ City         State   ZIP Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____ Court Name | | ☐ Pending |
| _____ | _____ Number   Street | | ☐ On appeal |
| _____ Case number | _____ City         State   ZIP Code | | ☐ Concluded |

---

## Part 11:    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☑ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| SEE ATTACHMENT TO SOFA | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name QUESTION 27 | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____ Number   Street | Name of accountant or bookkeeper | Dates business existed |
| _____ City         State   ZIP Code | | From _____ To _____ |
| _____ Business Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| _____ Number   Street | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____ City         State   ZIP Code | Name of accountant or bookkeeper | Dates business existed From _____ To _____ |

Debtor 1   **Andrew**          **Breiter-Wu**                    Case number *(if known)* 25-11742
_____   _____   _____              _____
First Name   Middle Name   Last Name

| Business Name | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City          State     ZIP Code | | From _____  To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ **No**
☐ Yes. Fill in the details below.

Date issued

Name
_____
Name                              MM / DD / YYYY

Number   Street
_____

City          State     ZIP Code
_____

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____        ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date 09/04/2025                               Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

In re:

    ANDREW BREITER-WU

               Debtor,

CHAPTER 7

CASE NO. 25-11742

## ATTACHMENT TO SOFA QUESTION 9 –

## LAWSUITS, COURT ACTIONS, AND ADMINISTRATIVE PROCEEDINGS

Below is a list of lawsuits and proceedings in which Debtor, Andrew Breiter-Wu, was a party within 1 year before the bankruptcy filing (August 2024 – August 2025). This includes cases with judgments or proceedings that remained active during this period, even if the original case was filed earlier.

---

**1. Susan Lewis v. Breiter Planet Properties LLC & Andrew Breiter-Wu**

- **Case No.:** 86-CV-23-3420
- **Court:**
  - Minnesota District Court, Wright County, Court Administration, 3700 Braddock Ave NE, Suite 1100, Buffalo, MN 55313
- **Status:** Pending (judgment enforcement).
- **Nature of Case:** Contract dispute regarding solar installation. Judgment entered Aug 21, 2023; enforcement actions ongoing through 2024–2025.

**2. Robin Chang v. Andrew Breiter-Wu**

- **Case Nos.:** 2233CV000617; Supplementary Process 2331SP000033

- **Court:**

  - Massachusetts District Court, New Bedford Division, 75 N 6th St, New Bedford,
    MA 02740;

  - Massachusetts District Court, Taunton Division, 40 Broadway, Taunton, MA
    02780

- **Status:** Pending (supplementary process).

- **Nature of Case:** Breach of contract and Chapter 93A consumer claims relating to solar
  installation. Judgment entered Mar 29, 2023; supplementary process hearings active
  through 2025.

**3. Dan & Mariana Stoleru v. Andrew Breiter-Wu, et al.**

- **Case No.:** 2349CV000255

- **Court:**

  - Massachusetts District Court, Framingham Division, 600 Concord St,
    Framingham, MA 01702

- **Status:** On Appeal.

- **Nature of Case:** Contract dispute relating to solar installation. Judgment entered Oct 24,
  2024; execution issued Dec 2024; appeal pending as of Aug 2025.

**4. Richard Hocker & Renee Gustafson v. Breiter Planet Properties LLC & Andrew Breiter-Wu**

- **Case No.:** 220-2023-CV-00021
- **Court:**
  - Sullivan County Superior Court, 22 Main St, Newport, NH 03773
- **Status:** Pending (post-judgment motions).
- **Nature of Case:** Breach of contract, alleged fraud, and consumer protection claims. Judgment entered Aug 28, 2024; motions to vacate filed Feb 2025.

**5. Jamie & Kate O'Leary v. Breiter Planet Properties LLC & Andrew Breiter-Wu**

- **Case Nos.:** 2382CV00004 (Norfolk Superior Court); 2357CV000275 (Wrentham District Court); 2457SP000013 (Wrentham District Court Supplementary Process)
- **Courts:**
  - Norfolk Superior Court, 650 High St, Dedham, MA 02026;
  - Wrentham District Court, 60 East St, Wrentham, MA 02093
- **Status:** Pending (post-judgment enforcement and supplementary process proceedings).
- **Nature of Case:** Breach of contract and consumer protection claims arising from solar installation. Default judgment entered Feb 1, 2024; supplementary process and contempt proceedings active through late 2024 into the present day.

**6. Mark Danko v. Andrew Breiter-Wu & Breiter Planet Properties LLC**

- **Case No.:** 2450CV000042

- **Court:**

    - Massachusetts District Court, Malden Division, 89 Summer St, Malden, MA

        02148

- **Status:** Pending.

- **Nature of Case:** Contract dispute alleging violations of M.G.L. ch. 142A and ch. 93A.

    Default entered Feb 28, 2024; settlement agreement executed; hearings scheduled into

    Sept 2025.

---

**7. Trillium Construction Services, LLC v. Breiter Planet Construction, LLC**

- **Case No.:** 2373CV00122

- **Court:** Massachusetts Superior Court, Bristol County, 9 Court St, Taunton, MA 02780

- **Status:** Pending (enforcement).

- **Nature of Case:** Contract dispute for unpaid staffing and labor costs. Settlement

    agreement reached. Agreement for Judgment entered June 29, 2023; execution issued Oct

    2023; enforcement actions ongoing 2024.

---

## 8. Rexel USA, Inc. v. Breiter Planet Properties LLC & Andrew Breiter-Wu

- **Case Nos.:** DC-21-09346 (TX); 2131FJ000005 (MA foreign judgment)

- **Courts:**

    - 160th District Court, 600 Commerce St, 6th Floor, Dallas, TX 75202;

    - Taunton District Court, 40 Broadway, Taunton, MA 02780

- **Status:** Pending (enforcement).

- **Nature of Case:** Collection for unpaid electrical supply materials. Default judgment

    entered Nov 18, 2021; domesticated in MA.

---

## 9. Capital One Bank (USA), N.A. v. Andrew Breiter-Wu

- **Case No.:** 2231SC000459

- **Court:**

    - Massachusetts District Court, Taunton Division, 40 Broadway, Taunton, MA

        02780

- **Status:** Concluded (judgment unsatisfied).

- **Nature of Case:** Credit card debt collection. Default judgment entered May 17, 2022;

    judgment remains enforceable.

---

**10. Dana Vilandre v. Breiter Planet Properties LLC & Andrew Breiter-Wu**

- **Case No.:** JAMS Ref No. 5400000947

- **Forum Address:**

    ○ JAMS Boston, 75 State St, 16th Floor, Boston, MA 02109

- **Status:** Pending.

- **Nature of Case:** Consumer arbitration claim regarding solar installation. Arbitration filed
  May 2025; proceeding pending. The Defendant's insurance company is involved and
  participating in the matter.

---

**11. Local 103, International Brotherhood of Electrical Workers, et al. v. Breiter Planet Construction, Inc.**

- **Case No.:** 1:23-cv-10023-FDS

- **Court:**

    ○ U.S. District Court, District of Massachusetts, 1 Courthouse Way, Boston, MA
      02210

- **Status:** Pending (settlement monitoring).

- **Nature of Case:** ERISA enforcement of unpaid wages and benefit contributions. Default
  judgment entered Oct 30, 2023; settlement agreement in place.

---

**12. IBEW Local 223 Benefit Funds v. Breiter Planet Construction LLC (via Platte River Bond)**

- **Claim File No.:** 300740 (PR2731968)

- **Forum Address:**

    ○  Platte River Insurance Co., 1150 N College Ave, Fort Collins, CO 80524

- **Status:** Pending (personal guaranty and surety enforcement).

- **Nature of Case:** Bond enforcement for unpaid fringe benefit contributions. Surety paid benefit funds in 2023; reimbursement sought from Breiter Planet Construction and indemnitors.

---

**13. Division of Occupational Licensure – Board of State Examiners of Electricians, In re: Andrew Breiter-Wu & Breiter Planet Properties, LLC**

- **Case No.:** 2022-000644-IT-ENF

- **Forum Address:**

    ○  1000 Washington St, 7th Floor, Boston, MA 02118

- **Status:** Concluded (final order).

- **Nature of Case:** Administrative proceeding for unlicensed corporate electrical contracting. Final Decision & Order issued Feb 18, 2025; $1,500 civil penalty imposed.

---

**14. Kenneth & Jeanie Juckett v. Breiter Planet Properties LLC & Andrew Breiter-Wu**

- **Case No.:** 2231CV000419

- **Court:**

    - Massachusetts District Court, Taunton Division, 40 Broadway, Taunton, MA 02780

- **Status:** Pending (collection).

- **Nature of Case:** Contract dispute involving solar installation. Default judgment entered Feb 7, 2023 for $21,062.70; execution issued Mar 2, 2023; Settlement agreement reached; post-judgment proceedings continued through 2024.

---

**Note:** This attachment lists all lawsuits, arbitrations, and administrative proceedings involving Debtor personally within the 1-year lookback period, including matters filed earlier but with judgments or enforcement actions active during that time.

Respectfully submitted,
/s/ Andrew Breiter-Wu
Andrew Breiter-Wu, Pro Se
Debtor
86 Willard Ave
Seekonk, MA 02771
617-334-5785
Legal@breiterplanet.com

Date: September 4, 2025

---

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

In re:

    ANDREW BREITER-WU

            Debtor,

CHAPTER 7

CASE NO. 25-11742

## ATTACHMENT TO SOFA QUESTION 27 – BUSINESS CONNECTIONS

The following lists all businesses with which Debtor, Andrew Breiter-Wu, has been connected within the 4 years prior to the bankruptcy filing (August 2021 – August 2025). Information is provided in the format required by Official Form 107, Question 27.

---

## 1. Breiter Planet Properties, LLC

- **Address:** 86 Willard Ave, Seekonk, MA 02771
- **Nature of Business:** Solar development and construction, and related supporting activities
- **EIN:** 81-3671133
- **Accountant/Bookkeeper:** None (business cannot afford one)
- **Dates of Existence:** January 1, 2017 – Present

## 2. Breiter Planet Construction, LLC

- **Address:** 86 Willard Ave, Seekonk, MA 02771

- **Nature of Business:** Solar construction, design, and engineering

- **EIN:** 87-4224258

- **Accountant/Bookkeeper:** None (business cannot afford one)

- **Dates of Existence:** January 1, 2022 – Present

### 3. Breiter Planet, LLC

- **Address:** 86 Willard Ave, Seekonk, MA 02771

- **Nature of Business:** Holding company of solar companies

- **EIN:** 93-3782176

- **Accountant/Bookkeeper:** None (business cannot afford one)

- **Dates of Existence:** October 2023 – Present

### 4. Breiter Planet Mexico, LLC

- **Address:** 86 Willard Ave, Seekonk, MA 02771

- **Nature of Business:** Solar development projects in Mexico

- **EIN:** 84-1978888

- **Accountant/Bookkeeper:** None (business cannot afford one)

- **Dates of Existence:** June 2019 – Present

### 5. Breiter Planet Hydrogen, LLC

- **Address:** 86 Willard Ave, Seekonk, MA 02771

- **Nature of Business:** Intended focus on hydrogen development projects; entity never

  conducted operations

- **EIN:** 84-4945327

- **Accountant/Bookkeeper:** None (business cannot afford one)

- **Dates of Existence:** March 2020 – Present

## 6. Breiter Planet Fund 6.1, LLC

- **Address:** 86 Willard Ave, Seekonk, MA 02771

- **Nature of Business:** Intended holding company for solar assets, commercial and

  industrial real estate, and private equity; never had assets or cash flow

- **EIN:** None located

- **Accountant/Bookkeeper:** None (business cannot afford one)

- **Dates of Existence:** November 2, 2020 – Present

---

**Note:** Each of the above entities is listed with its known business purpose, federal tax

identification information (where available), and operational dates. This attachment is submitted

to provide complete disclosure consistent with the requirements of Question 27 of Official Form

107.

Respectfully submitted,
/s/ Andrew Breiter-Wu
Andrew Breiter-Wu, Pro Se
Debtor
86 Willard Ave
Seekonk, MA 02771
617-334-5785
Legal@breiterplanet.com

Date: September 4, 2025

---